UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

RICHARD PANAS

                                   CIVIL # 09-3003 (RBK)

        Plaintiff(s),

-vs-                                **ORDER OF DISMISSAL**

BOARD OF EDUCATION OF THE
CITY OF VINELAND, et al.
        Defendant(s).

---

It having been reported to the Court that the above-captioned action has been settled;

It is on this 21st Day of December, 20 09;

**ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown, within 60 days, to reopen this action if the settlement is not consummated. The terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over such agreement.

                                              _____
                                              HON. ROBERT B. KUGLER, U.S.D.J.

cc: Hon. Ann Marie Donio, U.S. Magistrate
    Frank L. Corrado, Esq.
    Gregory J. Giordano, Esq.
    Peter H. Spaeth, Esq.
    File